UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 16-30024-DHW
                                                       Chapter 13
GELET FRAZIER,

        Debtor.


## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on April 4, 2016. The debtor did not attend the scheduled meeting of creditors as required by 11 U.S.C. § 343. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 4th day of April, 2016.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors